IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MILWITT,<br><br>　　　　Defendant.<br>_____ / | No. C 04-00002 CRB<br><br>**AMENDED ORDER RE: BRIEFING SCHEDULE** |

　　　　This Amended Order changes the briefing schedule regarding defendant's Motion for Release on Bond Pending Appeal as follows:

• 　　The United States' Opposition shall be filed no later than February 13, 2006.

• 　　Plaintiff's Reply shall be filed no later than February 15, 2006.

　　　　The hearing remains on February 22, 2006, if necessary.

　　　　**IT IS SO ORDERED.**

Dated: February 7, 2006

　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\002\amended order re bond release briefing.wpd