IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MILWITT,<br><br>　　　　Defendant. | No. CR 04-00002 CRB<br><br>**ORDER RE: MOTION FOR RELEASE ON BOND PENDING APPEAL** |

　　　　Now pending before the Court is defendant's motion for release on bond pending appeal. After carefully considering the parties' moving papers, the Court finds that oral argument is unnecessary, see Local Rule 7-1(b), and ORDERS as follows.

　　　　To prevail on such a motion under 18 U.S.C. section 3143(b), a defendant must show by clear and convincing evidence that the he is not likely to flee or pose a danger to the community *and* that the appeal raises a substantial question of law or fact. Based on his conduct after being convicted by a jury, the Court finds that defendant has not proven by clear and convincing evidence that he does not pose a danger to the community. In addition, the Court is not persuaded that defendant raises a substantial question of law or fact on appeal. Based on either rationale, the Court hereby DENIES defendant's motion. Defendant shall remain in custody pending his appeal.

**United States District Court**

For the Northern District of California

1    **IT IS SO ORDERED.**

4    Dated: February 17, 2006

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE